# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-03602-TCB
## CheapTruckParts.com, LLC v. Godfather Vans, Inc. et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 03/16/2011.

TIME COURT COMMENCED: 8:35 A.M.
TIME COURT CONCLUDED: 6:30 P.M.
TIME IN COURT: 8:35

COURT REPORTER: Elise Evans
DEPUTY CLERK: Julee Smilley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Barrickman representing Godfather Vans, Inc.<br>Brian Christman appearing Pro Se<br>Elizabeth Howard representing Godfather Vans, Inc.<br>Daniel Kent representing CheapTruckParts.com, LLC<br>Michael Mehrman representing CheapTruckParts.com, LLC |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | []Motion for Judgment as a Matter of Law DEFERRED |
| MINUTE TEXT: | Defendants' witnesses Harold Johnson (cont.), Brian L. Christman, Tom Witcher sworn in and testified. Defendants' exhibit 36, 32, 21, 41, 38, 40, 35, 24, 39, 42, 14, 11-21, 23-27, 16-20, admitted. Defendant rested at 4:45 p.m. Plaintiff's rebuttal witness Todd Horne called and testified. The evidence closed at 5:00 p.m. The jury is excused for the evening and will return on 3/17/11 at 8:30 a.m. The Defendant made oral motions for judgment as a matter of law and the Court made rulings (See transcript for details). The Court reserved ruling on this motion. The Court and counsel discuss the jury instructions and verdict form. |