1:08-cv-3602

Can we please have a
Copy of the court
rulings already determined

3/17/11

Lois Hendricks

MAR 17 2011

JAMES N. HATTEN, Clerk

Deputy Clerk

1'. 08-cv-3602

Lori Hendricks

- Foreperson

3/17/11